IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE O. CASTRO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO.  13-cv-5691 |
| | : | |

## ORDER

AND NOW, this  7th day of August, 2014, upon careful and independent consideration of plaintiff's request for review, defendant's motion to remand, and the responses and replies thereto; the Report and Recommendation of United States Magistrate Judge Marilyn Heffley; and the Commissioner's objections to the Report and Recommendation, it is ordered:

1. The Commissioner's objections are overruled.

2. The Report and Recommendation is approved and adopted.

3. The plaintiff's request for review is granted and the final decision of the Commissioner is reversed and remanded to the Commissioner for a calculation of benefits.

4. Defendant's motion to remand for further evaluation of the evidence is denied.

BY THE COURT:


/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.